IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY 12 PM 2:46
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

SECURITY FIRE PROTECTION, INC.,

    Plaintiff,

v.                                No. 05-2353-B/An

ROBERT S. RUSSELL and SOUTHERN
FIRE & SECURITY, INC.,

    Defendants.

## ORDER OF REFERENCE

Before the court is a Verified Complaint for Temporary Restraining Order, Temporary and Permanent Injunction and Money Damages by the Plaintiff, Security Fire Protection, Inc., against Robert S. Russell and Southern Fire & Security, Inc. Contained within that verified complaint are motions for a protective order and for expedited discovery.

These motions are referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 12th day of May, 2005.

        J. DANIEL BREEN
        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02353 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Reagan F. Goins
Allen, Summers, Simpson, Lillie & Gresham, PLLC
80 Monroe
Suite 650
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT