IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITY FIRE PROTECTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   05-2353 B/An |
| | ) | |
| ROBERT S. RUSSELL and SOUTHERN FIRE & SECURITY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING HEARING

Before the Court is a Verified Complaint for Temporary Restraining Order, Temporary and Permanent Injunction and Money Damages by the Plaintiff, Security Fire Protection, Inc. Contained within the Complaint are motions for a protective order and for expedited discovery. United States District Judge J. Daniel Breen referred the motion for protective order and motion for expedited discovery to the Magistrate Judge for determination.

It is **ORDERED** that a hearing on these motions shall be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, JUNE 16, 2005 at 10:30 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 02, 2005

---

[1] This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02353 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Reagan F. Goins
Allen, Summers, Simpson, Lillie & Gresham, PLLC
80 Monroe
Suite 650
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT