IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITY FIRE PROTECTION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.   05-2353 B/An |
| ROBERT S. RUSSELL and SOUTHERN FIRE & SECURITY, INC., | ) ) ) | |
| Defendants. | ) | |

## ORDER RESETTING HEARING

Before the Court is the motion for protective order and motion for expedited discovery that United States District Judge J. Daniel Breen referred to the Magistrate Judge for determination. A hearing on these matters is currently set to be held on Thursday, June 16, 2005; however, it is **ORDERED** that the hearing shall be rescheduled to occur before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, JUNE 30, 2005 at 10:30 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 14, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-15-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02353 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Reagan F. Goins
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT