IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **SECURITY FIRE PROTECTION** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 05-2353 B/An |
| ) | |
| **ROBERT S. RUSSELL and** ) | |
| **SOUTHERN FIRE & SECURITY, INC.,** ) | |
| ) | |
| Defendants. ) | |

---

### ORDER GRANTING UNOPPOSED MOTION TO STAY PRELIMINARY INJUNCTION HEARING

---

Before the Court is Defendants Robert S. Russell and Southern Fire & Security, Inc.'s ("Defendants") Unopposed Motion To Stay Preliminary Injunction Hearing. For good cause shown the motion is **GRANTED**. The Preliminary Injunction Hearing set for August 18, 2005 is hereby cancelled. Should the Court deny Defendants' Motion to Dismiss, Plaintiff may move the Court to set a preliminary injunction hearing.

IT IS SO ORDERED this 25th day of July, 2005.

JUDGE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02353 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Reagan F. Goins
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Kristy L. Gunn
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT