IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SECURITY FIRE PROTECTION

    Plaintiff,

v.                                   No. 05-2353 B

ROBERT S. RUSSELL and
SOUTHERN FIRE & SECURITY, INC.,

    Defendants.

---

## ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION TO DISMISS SHOULD NOT BE GRANTED

---

Before the Court is the July 20, 2005 motion to dismiss by the Defendants, Robert S. Russell and Southern Fire & Security, Inc., against the Plaintiff. According to the Court's docket, no response has been filed on behalf of the Plaintiff, even though the deadline for such a response has expired.[1] Accordingly, the Plaintiffs is hereby directed, within eleven (11) days of the entry hereof, to show cause why the motion referenced herein should not be granted. Failure of the Plaintiff to comply in a timely manner with this order may result in dismissal with prejudice of Plaintiff's claims against Defendants.

IT IS SO ORDERED this 29th day of August 2006.

                         J. DANIEL BREEN
                         UNITED STATES DISTRICT JUDGE

---

[1] Under the Local Rules of this district, responses to motions for summary judgment "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02353 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Reagan F. Goins
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Kristy L. Gunn
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT