IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG 30  PM 3: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SECURITY FIRE PROTECTION, INC.,

    Plaintiffs,

VS.

NO. 05-2353

ROBERT S. RUSSELL and SOUTHERN
FIRE & SECURITY, INC.,

    Defendants.

## ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, Security Fire Protection, Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure, having given notice of voluntary dismissal, it is

ORDERED, ADJUDGED AND DECREED that this cause is hereby dismissed without prejudice.

_____
JUDGE J. DANIEL BREEN
DATE: 8/30/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-31-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02353 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Reagan F. Goins
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Kristy L. Gunn
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT